# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2296
_____

JEFFREY B. COMER,

Appellant,

v.

PETER B. COMER, IN RE: ESTATE
OF HEATHER MAY CLARKE
COMER, Deceased,

Appellee.

_____


On appeal from the Circuit Court for Escambia County.
Edward P. Nickinson, Judge.

July 9, 2019


PER CURIAM.

AFFIRMED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

James R. Green, Jr., and Andrew M. Spencer of Clark Partington, Pensacola, for Appellant.

Matthew A. Bush and William A. Bond of McDonald Fleming Moorhead, Pensacola, for Appellee.